IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WELLS,

      Plaintiff,                                CIV. NO. S-10-1702 JAM GGH PS

      vs.

OCWEN,

      Defendant.                             <u>ORDER</u>

_____/

        Defendant's motion to dismiss presently is calendared for hearing on August 26, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The August 26, 2010 hearing on the motion to dismiss, filed July 9, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: August 18, 2010

                                          /s/ Gregory G. Hollows

                                          U. S. MAGISTRATE JUDGE

GGH:076:Wells1702.osc.wpd