IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WELLS,

        Plaintiff,          No. CIV S- 10-1702 JAM GGH PS

    vs.

OCWEN,

        Defendant.          <u>ORDER</u>

_____/

        On August 23, 2010, plaintiff filed a notice of substitution of counsel, and on August 24, 2010, the district judge approved the substitution. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        The motion to dismiss, previously submitted without a hearing by order of August 19, 2010, remains submitted before the district judge.

        IT IS SO ORDERED.

DATED: August 25, 2010

                              /s/ Gregory G. Hollows

                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

ggh:076
Wells1702.reassign.wpd