1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11   JAMES WELLS,

12            Plaintiff,

        vs.

13

14   OCWEN, and DOES 1 through 100, Inclusive,

15            Defendants.

16

Case No.: 2:10-cv-1702-JAM-GGH

Hon. John A. Mendez

**ORDER**

Hearing Date:      October 6, 2010
Hearing Time:      9:30 a.m.
Courtroom:          6

17

18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19        Defendant Ocwen Loan Servicing, LLC's counsel's Request to Appear Telephonically at

20   the hearing on its Motion to Dismiss Plaintiff's Complaint is hereby granted.

21        **IT IS SO ORDERED.**

22

23   DATED: September 24, 2010            /s/ John A. Mendez
                                          Hon. John A. Mendez
24                                        United States District Court
                                          Judge for the Eastern District of California,
25                                        Sacramento Division

26
27
28