1  ERIC D. HOUSER #130079
   SUSAN M. HUTCHISON #220017
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, CA 92618
4  Telephone:   (949) 679-1111
5  Facsimile:   (949) 679-1112
   Email: shutchison@houser-law.com
6

7  Attorneys for Defendant,
   OCWEN LOAN SERVICING, LLC (Erroneously Named as "OCWEN")
8

9                    UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
10

| | |
|---|---|
| JAMES WELLS, | Case No.: 2:10-cv-1702-JAM-GGH |
| Plaintiff, | Hon. John A. Mendez |
| vs. | |
| OCWEN, and DOES 1 through 100, Inclusive, | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION** |
| Defendants. | |
| | Courtroom:   6 |
| | Next Hearing Date: October 6, 2010 |

The parties having stipulated, pursuant to Federal Rules of Civil Procedure § 41(a), to dismiss this action, with prejudice, the Court hereby rules as follows:

//

//

//

1

**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1. The above-entitled action is dismissed in its entirety, with prejudice.

2. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: October 5, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
JUDGE OF THE UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF
CALIFORNIA, SACRAMENTO DIVISION